UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FERNANDO ABURTO LOPERZ,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>BRUCE SCOTT, Warden of the Northwest ICE Processing Center; ALEJANDRO MAYORKAS, Secretary of the U.S. Department of Homeland Security,<br><br>　　　　　Defendant. | Case No. C25-2541-RSM<br><br>ORDER GRANTING UNOPPOSED MOTION FOR BRIEFING SCHEDULE |

　　　This matter comes before the Court on Petitioner's Unopposed Motion for Briefing Schedule, Dkt. #6.  Good cause appearing, the Motion is GRANTED.

　　　IT IS HEREBY ORDERED:

1. Respondents shall file a response to the Petition for Writ of Habeas Corpus no later than fourteen (14) days after receipt of the petition by the United States Attorney's Office.

2. Petitioner may file a reply no later than five (5) days after Respondent's response is filed.

3. The habeas petition shall be noted for consideration on the date Petitioner's reply is filed, without oral argument unless otherwise ordered by the Court.

4. The Court will retain this matter for decision and will not refer it to a Magistrate Judge.  Therefore, the Court TERMINATES the referral in this case.

ORDER GRANTING UNOPPOSED MOTION FOR BRIEFING SCHEDULE - 1

5. While the habeas petition is pending, Respondents shall not remove Petitioner from the United States or transfer Petitioner to another facility without providing at least forty-eight (48) hours' notice to Petitioner's counsel.

DATED this 15th day of December, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION FOR BRIEFING SCHEDULE - 2