UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FERNANDO ARBURTO LOPEZ,<br><br>    Petitioner,<br><br>    v.<br><br>BRUCE SCOTT, *et al.*,<br><br>    Respondents. | Case No. C25-2541-RSM<br><br>ORDER REASSIGNING CASE TO JUDGE CARTWRIGHT |

Upon review of the file in this matter, the Court finds cause for re-assignment. This case shall now be re-assigned to the Honorable Tiffany M. Cartwright, United States District Judge, as related to Case No. 3:25-cv-05240-TMC. All future documents in this matter must bear the case numbers ending in "TMC" and must bear the new Judge's name in the upper right-hand corner of the document. The name of the Judge to whom this case was originally assigned should not appear on any future documents filed with the court. Please make the necessary corrections to your records reflecting these changes. The Clerk is directed to send a copy of this Order to the parties.

DATED this 13th day of January, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1